IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-00671-FL

| | |
|---|---|
| BEN K. RODGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant | |

This matter is before the Court on defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that plaintiff does not oppose the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision and remands, under sentence four of 42 U.S.C. § 405(g), the case to the Commissioner for additional proceedings to allow the defendant to further evaluate the plaintiff's impairments and further consideration under the listing of impairments. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED the 28th day of July, 2012.

/s/ Louise W. Flanagan
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE