UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BEN K. RODGERS,                         )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )         **JUDGMENT**
                                        )
MICHAEL J. ASTRUE,                      )         No. 5:11-CV-671-FL
Commissioner of Social Security,        )
                                        )
            Defendant.                  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's Motion to Remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 30, 2012, that defendant's Motion to Remand is granted, and the court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). The cause is remanded to the Commissioner for further proceedings as more particularly described in this court's order.

**This Judgment Filed and Entered on July 30, 2012, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)


July 30, 2012                    JULIE A. RICHARDS, CLERK
                                   /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk